FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case)(9/97)   Case Number **02-30679**

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/30/02.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| | |
|---|---|
| Debtor(s) (name(s) and address):<br>Scott W. Conner<br><br>2308 7th Ave. N.<br>Grand Forks, ND 58203 | Melissa B. Conner<br>Melissa B. Hernandez<br>2308 7th Ave. N.<br>Grand Forks, ND 58203 |
| Case Number:<br>02-30679 | Social Security/Taxpayer ID Nos.:<br>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<br>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 |
| Attorney for Debtor(s) (name and address):<br>Kipton R. Van Voorhis<br>Spaeth, Thelen, Van Voorhis & Jasmer<br>115 South 5th Street<br>Grand Forks, ND 58201<br>Telephone number: (701) 775-2508 | Bankruptcy Trustee (name and address):<br>Wayne Drewes<br>P.O. Box 1021<br>Fargo, ND 58107-1021<br><br>Telephone number: (701) 237-6650 |

### Meeting of Creditors:

Date:   **06/28/02**          Time:   **10:00 am**

Location:   U.S. Courthouse, 102 North 4th Street, Room 134, Grand Forks, ND  58201

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
08/27/02

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Quentin N. Burdick U.S. Courthouse<br>655 1st Ave. N., Suite 210<br>Fargo, ND 58102-4932<br>   Telephone number: 701-297-7100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Ellen A. Johanson |
| **See reverse side for copy costs** | Date:<br>05/01/02 |

FILED 2002 MAY -6 A 9 53 UNITED STATES BANKRUPTCY COURT DISTRICT OF NORTH DAKOTA

Doc. 2

000063

**BAE SYSTEMS**
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0868-3          User: jsnyd              Page 1 of 1              Date Rcvd: May 01, 2002
Case: 02-30679                Form ID: B9A             Total Served: 24

The following entities were served by first class mail on May 03, 2002.
db          Scott W. Conner,     2308 7th Ave. N.,    Grand Forks, ND  58203
jdb         Melissa B. Conner,   2308 7th Ave. N.,    Grand Forks, ND  58203
aty         Kipton R. Van Voorhis,    Spaeth, Thelen, Van Voorhis & Jasmer,    115 South 5th Street,
            Grand Forks, ND  58201
tr          Wayne Drewes,    P.O. Box 1021,    Fargo, ND  58107-1021
smg         U.S. Attorney,    655 First Avenue North, Suite 250,    Fargo, ND  58102-4932
ust         U.S. Trustee,    Shriver Square,    230 S. Phillips Ave., Ste. 502,    Sioux Falls, SD  57104-6321
428573      ASSOCIATES GOLD MASTER CARD,    CITIBANK,    PO BOX 6534,    THE LAKES NV  88901-6534
428574      BUCKLE,    PO BOX 659704,    SAN ANTONIO TX  78265-9704
428575      CAPITAL ONE,    PO BOX 60000,    SEATTLE WA  98190-6000
428576      CHASE MASTERCARD,    PO BOX 52195,    PHOENIX AZ  85072-2195
428577      CHRYSLER FINANCIAL,    PO BOX 600,    HORSHAM PA  19044
428578      DIRECT MERCHANTS BANK,    MASTERCARD,    PO BOX 4154,    CAROL STREAM IL  60197
428579      EASY EVERYDAY COOKING,    PO BOX 7266,    PASADENA CA  91109-7366
428580      GATEWAY,    MBNA AMERICA,    PO BOX 15028,    WILMINGTON DE  19886
428581      GMAC,    3500 W 80TH ST STE 300,    MINNEAPOLIS MN  55431
428582      INTERSTATE CREDIT CONTROL INC,    11300 MINNETONKA MILLS ROAD,    MINNETONKA MN  55305
428583      MARSHALL FIELDS,    RETAILERS NATIONAL BANK,    PO BOX 59231,    MINNEAPOLIS MN  55459-0231
428584      MILITARY STAR,    PO BOX 78335,    PHOENIX AZ  85062-8335
428585      RADIO SHACK,    PO BOX 9025,    DES MOINES IA  50368-9025
428586      SEARS,    PAYMENT CENTER,    86 ANNEX,    ATLANTA GA  30386-0001
428587      TARGET,    RETAILERS NATIONAL BANK,    PO BOX 59231,    MINNEAPOLIS MN  55459-0231
428588      VERIZON VISA,    CITIBANK,    PO BOX 6533,    THE LAKES NV  88901-6533
428589      VICTORIA S SECRET,    PO BOX 659728,    SAN ANTONIO TX  78265-9728
428590      ZALES,    PO BOX 9025,    DES MOINES IA  50368-9025

The following entities were served by electronic transmission.                                    TOTAL: 0
NONE.

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
```

FILED 2002 MAY -6 A 9:53
UNITED STATES BANKRUPTCY COURT DISTRICT OF NORTH DAKOTA

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 03, 2002            Signature:   *Joseph Speetjens* (signature)