# REAFFIRMATION AGREEMENT

NOTICE: THE OBLIGATION ASSIGNED TO DAIMLERCHRYSLER SERVICES NORTH AMERICA, L.L.C., SUCCESSOR IN INTEREST TO CHRYSLER FINANCIAL COMPANY, L.L.C. ("CREDITOR") IS DISCHARGEABLE UNDER APPLICABLE BANKRUPTCY LAWS. YOU ARE NOT LEGALLY OBLIGATED TO REAFFIRM SUCH OBLIGATION UNDER APPLICABLE BANKRUPTCY LAWS, NON-BANKRUPTCY LAWS, OR UNDER ANY OTHER AGREEMENT NOT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS. IF YOU REAFFIRM, YOUR LIABILITY ON THIS OBLIGATION WILL BE FULLY RESTORED AND ENFORCEABLE IN ACCORDANCE WITH ITS TERMS.

THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY (60) DAYS AFTER THIS AGREEMENT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY GIVING WRITTEN NOTICE OF RESCISSION TO CREDITOR.

Each of the undersigned acknowledges that he has read the above, and understanding that he is not legally obligated to do so and understanding the nature and consequences of his actions, hereby **REAFFIRMS** the following obligation ("Obligation"):

Chapter 7 Case Number: 02-30679
Name of Purchasers: Scott W. Conner
Name of Creditor: DaimlerChrysler Services North America, L.L.C.
Date of Contract: September 16, 2000
Original Amount of Obligation: $35,614.08
Original payment terms: $494.64 per month for seventy-two (72) months, beginning October 31, 2000
Contract Number: 1008049514
Vehicle: 2000 Dodge Caravan

Each of the undersigned acknowledges that a balance remains unpaid on the Obligation; that payment of the Obligation in accordance with its terms does not impose an undue hardship on the undersigned or the undersigned's dependents; and that this agreement is in the best interest of the undersigned and is entered into in good faith. Accordingly, each of the undersigned hereby **REAFFIRMS AND AGREES** that each is indebted and obligated to Creditor and any assignee of Creditor for the balance of the Obligation set forth above, and each further agrees to continue to be bound by the terms and conditions of the Retail Installment Sale Contract evidencing and securing said Obligation, or any extensions, renewals, or modifications thereof. This agreement shall become enforceable upon its filing the United States Bankruptcy Court, unless the undersigned are not represented by counsel, in which case it shall become enforceable upon its approval by the Court pursuant to 11 U.S.C. §524(c).

Date: 10 June 02    Debtor: [signed]

## DECLARATION OF ATTORNEY FOR DEBTORS

I, Kipton Van Voorhis, the attorney for the Debtors in the above described bankruptcy proceeding declare that I represented the Debtors during the negotiation of the foregoing Agreement and that said Agreement represents a fully informed and voluntary agreement by the Debtors, that the Agreement does not impose an undue hardship on the Debtors or a dependent of the Debtors, and the Debtors have been fully advised of the legal effect and consequences of the agreement and any default under the agreement.

Date: 6/12/02    Attorney for Debtors: [signed]
Kipton R. Van Voorhis

## ACCEPTANCE BY CREDITOR

Accepted and agreed to by DaimlerChrysler Services North America, L.L.C., successor in interest to Chrysler Financial Company, L.L.C.:

Date: 6-17-02    Attorney for DaimlerChrysler: Mindy O. Smith